IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| YOSILA GODINEZ, *et al*<br><br>                          *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al*<br>                          *Defendants*. | Case No. 20-00828-CV-W GAF |

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE
AS TO PLAINTIFFS OSCAR VELASQUEZ ESTEBAN AND N.V.E. A MINOR,
BY HIS PARENT AND NEXT FRIEND OSCAR OMAR VELASQUEZ**

      The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, as to Plaintiffs Oscar Velasquez Esteban and N.V.E. a minor, by his parent and next friend Oscar Omar Velasquez, to the Dismissal Without Prejudice of their action, including all claims and counterclaims stated herein against said parties, with each party to such claims to bear its own costs.

| | |
|---|---|
| Dated: February 22, 2021 | */s/Rekha Sharma-Crawford*<br>Rekha Sharma-Crawford, MO#58404<br>Sharma-Crawford Attorneys at Law<br>515 Avenida Cesar E. Chavez<br>Kansas City, MO 64108<br>Phone 816 994 2300<br>Fax 816 994 2310<br>Rekha@Sharma-Crawford.com<br>*Attorney for Plaintiffs* |
| Dated: February 22, 2021 | */s/ Alan T. Simpson*<br>Alan T. Simpson, MO #65183<br>Assistant United States Attorney<br>Western District of Missouri<br>400 East Ninth Street, Suite 5510<br>Kansas City, Missouri 64106<br>Telephone: (816) 426-3130<br>Facsimile: (816) 426-3165<br>alan.simpson@usdoj.gov<br>*Attorney for Defendants* |

Certificate of Service

I hereby certify that on February 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and a copy was made available electronically to counsel of record.

*/s/Rekha Sharma-Crawford*