IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

YOSILA GODINEZ,

          *Plaintiff*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

          *Defendants*.

Case No. 20-00828-CV-W GAF

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismissal, without prejudice, of this action, including all claims and counterclaims stated herein against said parties, with each party to such claims to bear its own costs.

Dated: June 15, 2021

*/s/ Rekha Sharma-Crawford*
Rekha Sharma-Crawford, MO#58404
Sharma-Crawford Attorneys at Law
515 Avenida Cesar E. Chavez
Kansas City, MO 64108
Phone 816 994 2300
Fax 816 994 2310
Rekha@Sharma-Crawford.com
*Attorney for Plaintiff Yosila Godinez*


Teresa A. Moore
Acting United States Attorney

*/s/ Alan T. Simpson*
Alan T. Simpson, MO #65183
Assistant United States Attorney
Western District of Missouri
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3130
Facsimile: (816) 426-3165
alan.simpson@usdoj.gov
*Attorney for Defendants*